UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel, TONY CRAWFORD<br>Plaintiff | * CIVIL ACTION NO. 18-00390<br>*<br>* SECTION _____ DIVISION _____<br>* |
| Versus | * JUDGE _____ SECT. S MAG. 1<br>* |
| LOGISTICARE SOLUTIONS, LLC<br>and SOUTHEASTRANS, INC.<br>Defendants | * MAGISTRATE _____<br>*<br>* FILED UNDER SEAL |

## QUI TAM COMPLAINT
## FILED UNDER SEAL

COME NOW the Relator, Tony Crawford, by and through his attorneys, Michael G. Bagneris and Charles F. Zimmer, and on behalf of the United States of America, files this Complaint against defendants, LogistiCare Solutions, LLC and Southeastrans, Inc., as follows:

### Jurisdiction and Venue

1)   This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331 and 31 U.S.C. Section 3729 et seq.

2)   Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b)(c).

3)   Relator is the original source of the allegations contained in this complaint. His allegations are based solely upon his own direct observations and personal investigation, and are independent of any other source of information. Relator has voluntarily disclosed the information in this complaint to the United States of America before filing this complaint.

### Introduction

4)   This is a Qui Tam action brought by the Relator, Tony Crawford ("Relator Crawford"), on behalf of the United States of America, to recover treble damages and penalties

arising from the violation of the False Claims Act, 31 U.S.C. Sections 3829-3720, by the defendants, LogistiCare Solutions, LLC and Southeastrans, Inc.

5) The State of Louisiana is the recipient of federal funds earmarked to provide medical transportation to Medicaid members.

6) The State of Louisiana contracts with five (5) health plan companies (Insurers), who in turn, contract with one of two transportation brokers to provide the transit service for the Medicaid members insured under their health plan.

7) The two transportation brokers operating within the State of Louisiana are LogistiCare Solutions, LLC and Southeastrans, Inc. Each company has defrauded the government by knowingly or recklessly overcharging for its transportation services provided to Federal Medicaid members under the Louisiana Medicaid Program umbrella. Also, each company has violated the HIPAAconfidentiality and privacy provisions regarding the Medicaid members transported. Further, by ignoring the safety regulations enacted by the United States government and the State of Louisiana, each company has endangered the wellbeing of the Medicaid members they transported.

Still further, each company used unauthorized, non-contracted, non-compliant, non-credentialed taxis and other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers to transport Medicaid members. The reimbursement paid to all of the non-credentialed transportation companies/drivers totaling millions was illegal. The transportation brokers used unauthorized, non-contracted, non-compliant and non-credentialed taxis as well as other unauthorized, non-contracted, non-compliant and non-credentialed transportation companies/drivers in the years 2012 through the present. This practice was illegal and has defrauded the Federal government and the State of Louisiana in a "Scheme to Defraud in

the First Degree." These fraudulent transactions occurred through wire, banking, and the United States postal service.

The Medical Transportation Provider Manual outlines mandated requirements which the transportation companies/drivers are absolutely bound to follow. These requirements, for instance, state that transportation companies/drivers must have their vehicles inspected and approved and the vehicles must carry the proper insurance. See Section 10.3 of the Manual. Further, transportation companies/drivers have safety and professionalism requirements and training requirements under Sections 10.4 and 10.5 of the Medical Transportation Provider Manual. Additionally, pursuant to Section 10.7 of the Manual, specific requirements are articulated in order for the transport company to be reimbursed. In the case at bar, neither the taxis nor the other unauthorized, non-contracted, non-compliant, non-credentialed vehicles were ever inspected. Further, the drivers were never drug tested, and transportation companies/drivers were never tested for contractual compliance or vetted for insurance, safety, or proper licensing. Additionally, the reimbursement regulations contained in Section 10.7 of the Manual were violated. Non-compliant transportation companies/drivers were submitting invoices for payment at an unsanctioned rate. Moreover, the transportation brokers were submitting invoices under its vendor number, not the transportation companies/drivers' numbers.

Relator, Tony Crawford's, contract with the defendant, LogistiCare Solutions, LLC was terminated. Relator was advised that he breached his contract with LogistiCare Solutions, LLC. Relator maintains that the allegation(s) of a contract breach was a pretext for his termination. Relator asserts that his termination was retaliatory.

## Parties

8) Plaintiff, Relator Crawford, is a citizen of the United States and resides in New Orleans, Louisiana. Relator Crawford is self-employed as a non-emergency medical transporter (NEMT).

9) Defendant, LogistiCare Solutions, LLC, is a company licensed to do and doing business in the State of Louisiana. The company provides transportation brokerage services for Louisiana Medicaid members.

10) Defendant, Southeastrans, Inc., is a company licensed to do and doing business in the State of Louisiana. The company provides transportation brokerage services for Louisiana Medicaid members.

## LogistiCare Solutions, LLC' Fraudulent and Violative Conduct

11) LogistiCare Solutions, LLC defrauded the government by knowingly or recklessly performing the following violative and fraudulent acts:

(a) Failing to use credentialed transportation companies/drivers to transport Medicaid members. Instead, LogistiCare Solutions, LLC utilized taxis and other unauthorized, non-contracted, non-compliant, and non-credentialed transportation companies/drivers to transport these members, and highly overpaid the taxis and other transportation companies/drivers for this service. LogistiCare Solutions, LLC engaged taxis for transport on thousands of occasions and overpaid for the service.

(b) Failing to certify all the drivers it used to transport Medicaid members. LogistiCare Solutions, LLC willfully and wantonly ignored the regulations requiring that their vendors be certified. For instance, LogistiCare Solutions, LLC failed:

- To determine that all drivers of vehicles transporting Medicaid members had a Class D or higher Chauffer license.

- To have the State Police conduct background checks of all drivers.

- To have all drivers drug tested.

- To perform an Office of the Inspector General check to determine if NEMT owners, drivers, and employees were excluded from participating in Medicaid funded programs due to non-compliance of Federal and State mandated regulations.

- To inspect all transportation companies/drivers' vehicles and have their vehicles registered as being in compliance, and storing this information in its data base.

The allegations in 11(b) above are confirmed by a Public Record Request and by the fact that defendant's Compliance Department does not have any information demonstrating that the taxi drivers and other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers were properly certified and approved.

Further, it does not appear that any of the taxi drivers or other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers used or have a National Provider Identification (NPI) number, an essential requirement.

(c)   Failing to abide by HIPAA regulations:

- By allowing unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers to provide transportation.

- By providing these unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers with the Medicaid member's name, address, phone number, and trip sheet number.

Melanie Winskie Crowe, who serves as Associate General Counsel and HIPAA Officer for LogistiCare Solutions, LLC, gave sworn testimony in an

unrelated case captioned, *SLM Non Emergency Medical Transportation, LLC, et al. v. Logisticare, Inc.*, Civil Action No. 16-17295, Section "N"(4), that the trip sheet number and phone number are associated with the Medicaid member's social security number. Therefore, providing this information to an unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/driver constitutes a HIPAA violation.

(d) Knowingly presented, or caused to be presented, false and fraudulent claims for payment by authorizing transportation services for Medicaid members to be transported to non-Medicaid covered services in violation of Federal and State rules and regulations. As per the LDH Medical Transportation Provider Manual, page 5, "The NEMT Program provides transportation when all other reasonable means of free transportation have been explored and are unavailable to transport a recipient to an appointment for a Medicaid covered service."

LogistiCare Solutions, LLC, since 2012, has been scheduling and paying for Louisiana Medicaid members to be transported to a variety of non-covered Medicaid services which includes pharmacies, social security offices, dental and vision care over the age of 21, the gym, and many other destinations. Transportation to these non-covered services has resulted in unauthorized encounter data to be reported for an estimate of several hundred thousand trips at an estimated cost of $500,000,000 which has enormously affected the overall transportation budget in a negative way.

(e) Failing to submit proper documentation regarding unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers know as default drivers. For example, if the government refused to pay a default driver,

LogistiCare Solutions, LLC would submit the same bill for payment under its company brokerage number.

**Southeastrans, Inc.'s Fraudulent and Violative Conduct**

12) Southeastrans, Inc. defrauded the government by knowingly or recklessly performing the following violative and fraudulent acts:

(a) Failing to use authorized, contracted, compliant, and credentialed transportation companies/drivers to transport Medicaid members. Instead, Southeastrans, Inc. utilized taxis and other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers to transport these Medicaid members, and highly overpaid for this service. Southeastrans, Inc. engaged taxis and other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers for transport on thousands of occasions and overpaid for this service. The following three Examples demonstrate this violative conduct:

EXAMPLE 1 - Metry Cab, February 1, 2017
- 738761-B $60
- 738761-A $60
- 733203-B $40
- 733203-A $40
- 738814-A $20
- 733389-B $25
- 733389-A $25
- 739324-B $55
- 739324-A $55
- 738710-B $56
- 738710-A $56
- 733366-B $45
- 733366-A $45
- 733365-A $30
- 733365-B $30

        EXAMPLE 2 - Metry Cab, February 3, 2017
- 734674-B $40
- 734833-B $25
- 734833-A $25
- 734650-B $22
- 734650-A $22
- 739398-B $25
- 739398-A $25
- 734818-B $30
- 734843-B $20
- 734843-A $20

        EXAMPLE 3 - Metry Cab, February 8, 2017
- 736886-B $40
- 736886-A $40
- 743661-B $29
- 737059-B $25
- 737059-A $25
- 741363-A $30
- 743384-B $25
- 737970-B $70
- 737970-A $70
- 744899-B $60
- 737041-B $30
- 737041-A $30
- 743369-B $60
- 743369-A $60
- 737076-B $20
- 737076-A $20

(b)    Failing to certify the transportation companies/drivers it used to transport Medicaid members. Southeastrans, Inc. willfully and wantonly ignored the regulations requiring that their transportation companies/drivers be certified. For instance, Southeastrans, Inc. failed:

- To determine that all transportation companies/drivers of vehicles transporting Medicaid members had a Class D or higher Chauffer license.

- To have the State Police conduct background checks of all transportation companies/drivers.

- To have all transportation companies/drivers drug tested.

- To perform an Office of the Inspector General check to determine if NEMT owners, drivers, and employees were excluded from participating in Medicaid funded programs due to non-compliance of Federal and State mandated regulations.

- To inspect all transportation companies/drivers' vehicles and have the vehicles registered as being in compliance, and storing this information in its data base.

The allegations in 12(b) above are confirmed by a Public Record Request and by the fact that its own Compliance Department does not have any information demonstrating that the taxi drivers and other unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers were properly certified and approved.

Further, it does not appear that any of the taxi drivers or unauthorized, non-contracted, non-compliant, non-credentialed transportation companies/drivers used or have a National Provider Identification (NPI) number, an essential requirement.

(c) Knowingly presented, or caused to be presented, false and fraudulent claims for payment by authorizing transportation services for Medicaid members to be transported to non-Medicaid covered services in violation of Federal and State rules and regulations. As per the LDH Medical Transportation Provider Manual, page 5, "The NEMT Program provides transportation when all other reasonable means of free transportation have been explored and are unavailable to transport a recipient to an appointment for a Medicaid covered service."

Southeastrans, Inc., since 2015, has been scheduling and paying for Louisiana Medicaid members to be transported to a variety of non-covered Medicaid services which includes pharmacies, social security offices, dental and vision care over the age of 21, the gym, and many other destinations. Transportation to these non-covered services has resulted in unauthorized encounter data to be reported for an estimate of several hundred thousand trips at an estimated cost of $50,000,000 which has enormously affected the overall transportation budget in a negative way.

(d) Failing to abide by HIPAA regulations:

- By allowing non-credentialed transportation companies/drivers to provide transportation.

- By providing these non-credentialed transportation companies/drivers with the Medicaid member's name, address, phone number, and trip sheet number.

(e) Failing to submit appropriate and accurate billing information for reimbursement. Southeastrans, Inc. would give its company credit card information to pay some of its transportation companies/drivers and then tender a bill for reimbursement under the transportation brokerage number, not the transportation companies/driver's number. The amount charged on the credit card and the company's request for reimbursement were not always the same. At times, the reimbursement request was a higher amount.

### First Cause of Action
### 31 U.S.C. Section 3729(a)(1)(2)(3)

13) Relator Crawford incorporates by reference paragraphs 1 through 12 of this Complaint, as if set forth fully herein.

14) LogistiCare Solutions, LLC and Southeastrans, Inc.:

(a) Knowingly presented, or caused to be presented, false and fraudulent claims for payment and approval, to an officer or employee of the United States government;

(b) Knowingly made, used, and caused to be made and used, false records and statements in order to get false and fraudulent claims paid and approved by the United States government; and

(c) Conspired with others to defraud the United States government by getting false and fraudulent claims allowed or paid, in that defendants made or caused false claims to be made to the Department of Health and Hospitals (now known as the Louisiana Department of Health), the United Sates Postal Service, the State of Louisiana, and various sub-agencies, and any other federal and state agency, all in violation of 31 U.S.C. Section 3729(a)(1)(2)(3).

15) As a result of this false and fraudulent conduct, the United States government was damaged in an amount to be determined at trial.

## Second Cause of Action
## 31 U.S.C. Section 3729(a)(1)(G)

16) Relator Crawford incorporates by reference paragraphs 1 through 15 of this Complaint, as if set forth fully herein.

17) LogistiCare Solutions, LLC and Southeastrans, Inc., by knowingly overcharging government accounts and retaining these overpayments, knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States government.

18)   As a result of this false and fraudulent conduct, the United States government was damaged in an amount to be determined at trial.

### Third Cause of Action
### State False Claims Act

19)   Relator Crawford incorporates by reference paragraphs 1 through 18 of this Complaint, as if set forth fully herein.

20)   LogistiCare Solutions, LLC and Southeastrans, Inc.:

(a)   Knowingly presented, or caused to be presented, false and fraudulent claims for payment and approval, to officers of the State of Louisiana;

(b)   Knowingly made, used, and caused to be made and used, false records and statements to get false and fraudulent claims paid and approved by the State of Louisiana;

(c)   Conspired with others to defraud the State of Louisiana by getting false and fraudulent claims allowed or paid, in that defendants knowingly and willfully overcharged state and local customers for medical transportation services, all in violation of the State of Louisiana's False Claims Laws; and

(d)   Knowingly presented, or caused to be presented, false and fraudulent claims for payment by authorizing transportation services for Medicaid members to be transported to non=Medicaid covered services in violation of Federal and State rules and regulations.  As per LDH Medical Transportation Provider Manual, page 5, "The NEMT Program provides transportation when all other reasonable means of free transportation have been explored and are unavailable to transport a recipient to an appointment for a Medicaid covered service."

LogistiCare Solutions, LLC, since 2012, and Southeastrans, Inc., since 2015, have been scheduling and paying for Louisiana Medicaid members to be transported to a variety of non-covered Medicaid services which includes pharmacies, social security offices, dental and vision care over the age of 21, the gym, and many other destinations. Transportation to these non-covered services has resulted in unauthorized encounter data to be reported for an estimate of several hundred thousand trips at an estimated cost of $550,000,000 which has enormously affected the overall transportation budget in a negative way.

## Fourth Case of Action
### 31 U.S.C. Section 3730(h)

21) Relator Crawford incorporates by reference paragraphs 1 through 20 of this Complaint, as if set forth fully herein.

22) LogistiCare Solutions, LLC:

(a) Knowingly presented, or caused to be presented, false and fraudulent breach of contract against Relator, Tony Crawford; and

(b) Conspired with other to fabricate a pretext to terminate Relator, Tony Crawford's, contract with LogistiCare Solutions, LLC.

## Demand for Jury Trial

23) Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator Crawford hereby demands a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Relator, Tony Crawford, on behalf of himself individually, and acting on behalf and in the name of the United States government and the State of Louisiana,

respectively, demands and prays that judgment be entered against the defendants, LogistiCare Solutions, LLC and Southeastrans, Inc., as follows:

 A. That the defendants shall be ordered to cease and desist from violating the False Claims Act, 31 U.S.C. Sections 3729-3732, and the State of Louisiana's False Claims Act.

 B. That on the First and Second Causes of Action under the False Claims Act, judgment shall be entered against the defendants in the amount of three times the amount of damages the United States has sustain because of the defendants' actions, plus a civil penalty of $11,000 for each act in violation of the False Claims Act, as provided by 31 U.S.C. Section 3729(a), with interest.

 C. That on the Third Cause of Action under the State of Louisiana's False Claims Act, judgment shall be entered against defendants in the amount of three times the amount of damages the State of Louisiana has sustained because of the defendants' actions, plus a corresponding statutory civil penalty with interest.

 D. That on the Fourth Cause of Action under the False Claims Act, judgment shall be entered against the defendant, LogistiCare Solutions, LLC, in the amount of two times back pay, interest on back pay, and compensation for any special damages, plus litigation costs and attorney's fees, and reinstatement of the contract as provided by 31 U.S.C. Section 3730(h).

 E. That Relator Crawford shall be awarded the maximum amount available under 31 U.S.C. Section 3730(d) of the False Claims Act and under the State of Louisiana's False Claims Act, for bringing this action, namely 25% of the proceeds of the action or settlement of the claim if the United States and/or the State of Louisiana intervenes in the case (or pursues its claim through any alternate remedy available to the United States under 31 U.S.C. Section 3730(c)(5) and/or the State of Louisiana), or alternatively, 30% of the proceeds of the action or settlement of the claim if the United States and/or the State of Louisiana declines to intervene in this case.

F.  That Relator Crawford shall be awarded all reasonable expenses that were necessarily incurred in prosecution of this action, plus all reasonable attorneys' fees and costs, as provided by the False Claims Act, 31 U.S.C. Section 3730(d), and any applicable state law.

G.  And, that any and all such other relief shall be granted in favor of the United States, the State of Louisiana, and the Relator, Tony Crawford, as this Court deems just and proper.

Respectfully submitted,

*[signature]*
Michael G. Bagneris (Bar #2658)
Charles F. Zimmer (Bar #26759)
***The Davillier Law Group, LLC***
935 Gravier Street, Suite 1702
New Orleans, LA  70112
Phone (504) 582-6998 | Fax (504) 582-6985
Email: mbagneris@davillierlawgroup.com
czimmer@davillierlawgroup.com

*Attorneys for Relator, Tony Crawford*

### CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, via the U.S. postal service with proper postage prepaid and/or via electronic transmission, a copy of the foregoing Qui Tam Complaint on all known counsel of record on this __12th__ day of __January__, 20__18__.

*[signature]*
Michael G. Bagneris